1
2
3
4
5
6
7
8
9

Filed
CLERK, U.S. DISTRICT COURT
JUN 19 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDGAR ENRIQUE PEREZ-VASQUEZ<br><br>    Defendant. | Case No.: 14-1240 M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California, for alleged violation(s) of the terms and conditions of his probation; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

    The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the analysis contained in the Pre-Trial Services report.

///
///
///
///

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 6-19-14

_____
FREDERICK F. MUMM
United States Magistrate Judge